[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 11-15250
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 11, 2012
JOHN LEY
CLERK

D.C. Docket No. 8:09-cr-00493-VMC-TBM-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ALMA BORJA,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(June 11, 2012)

Before HULL, MARCUS and BLACK, Circuit Judges.

PER CURIAM:

Jorge Leon Chalela, appointed counsel for Alma Borja, has filed a motion to

withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED** and Borja's convictions and sentences are **AFFIRMED.**